1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOHN WOOD (Admitted *Pro Hac Vice*, 09/01/05)
BRANHAM & DAY, P.C.
5300 Maryland Way, Suite 300
Brentwood, TN  37027
Tel: (615) 742-4880
Fax: (615) 742-4881
jwood@branhamday.com

Attorneys for Plaintiff
THERESA MONSEUR-KELLY

THEO J. EMISON III (SBN 209183)
EMISON ? HULLVERSON ? BONAGOFSKY LLP
425 Pacific Ave.
San Francisco, CA 94133
Tel: (415) 434-2111
Fax: (415) 434-2112
temison@ehblaw.com

Proposed Local Counsel for Plaintiff
THERESA MONSEUR-KELLY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA MONSEUR-KELLY,<br><br>             Plaintiff,<br><br>      vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION, MDL INFORMATION SYSTEMS, INC., and MDL DENTAL, LTD, STD, LIFE, AD&D PLAN,<br><br>             Defendants. | Case No.: CV 05-02915 CW<br><br>ASSIGNED TO THE HON. CLAUDIA WILKEN, COURTROOM 2, 4TH FLOOR<br><br>**ORDER GRANTING  SUBSTITUTION OF LOCAL COUNSEL**<br><br>Complaint Filed:  July 18, 2005 |

Emison • Hull verson • Bonagofsky l l p
Attorneys At Law

Emison ● Hullverson ● Bonagofsky l l p
Attorneys At Law

## BACKGROUND

Acting as local counsel for Plaintiff Theresa Monseur-Kelly, David Lilienstein of Bourhis & Wolfson filed the complaint herein on July 18, 2005.

John Wood of Branham & Day is Plaintiff's primary counsel, and was admitted *pro hac vice* on September 1, 2005.

Of the four named defendants, only three (Unum Life Insurance Company of America, UnumProvident Corporation, and MDL Dental, LTD, STD, Life, AD&D Plan) have been served with summons and complaint.  None of those defendants has yet appeared in this action.

## AGREEMENT FOR SUBSTITUTION OF COUNSEL

1.      David Lilienstein of Bourhis & Wolfson agrees to withdraw as local counsel for Plaintiff.

2.      Theo J. Emison of Emison, Hullverson & Bonagofsky LLP in San Francisco, California, agrees to substitute in as local counsel for Plaintiff.

3.      Plaintiff Theresa Monseur-Kelly agrees to Mr. Lilienstein's withdrawal and Mr. Emison's substitution.

4.      Plaintiff's primary counsel, John Wood of Branham & Day in Brentwood, Tennessee, agrees to Mr. Lilienstein's withdrawal and Mr. Emison's substitution.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**FILER'S ATTESTATION REGARDING NON-FILER SIGNATORIES**

I, Theo J. Emison III, Esq., am a signatory to this Substitution and the attorney responsible for its filing. In accordance with General Order No. 45, Section X(B), I attest that I have obtained concurrence in the filing of this document from each of the other signatories listed below. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this attestation was executed on October 5, 2005, in San Francisco, California.

/s/ Theo J. Emison III, Esq.
Theo J. Emison III

Dated:  October 4, 2005          BRANHAM & DAY

By:  /s/ John Wood, Esq.
     John Wood
     Attorneys for Plaintiff
     THERESA MONSEUR-KELLY

Dated:  October 4, 2005          BOURHIS & WOLFSON

By:  /s/ David Lilienstein, Esq.
     David Lilienstein
     Current Local Counsel for Plaintiff
     THERESA MONSEUR-KELLY

Dated:  October 4, 2005          By:  /s/ Theresa Monseur-Kelly
                                      Theresa Monseur-Kelly
                                      PLAINTIFF

Emison • Hull verson • Bonagofsky I l p
Attorneys At Law

SUBSTITUTION OF LOCAL COUNSEL

1   Dated:  October 4, 2005                    EMISON ? HULLVERSON ? BONAGOFSKY LLP

2

3                                             By:  /s/ Theo J. Emison III, Esq._____

4                                                  Theo J. Emison III
                                                   Proposed Local Counsel for Plaintiff
5                                                  THERESA MONSEUR-KELLY

6

7

8

9

10                                  **ORDER**

11          Theo J. Emison III of Emison, Hullverson & Bonagofsky LLP is hereby substituted for

12   David Lilienstein of Bourhis & Wolfson as local counsel for Plaintiff Theresa Monseur-Kelly in

13   this matter.

14

15   Dated:  October 11, 2005                   /s/ CLAUDIA WILKEN

16                                             _____

17                                                  The Hon. Claudia Wilken
                                                   U.S.D.C., Northern District of California

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF LOCAL COUNSEL

Emison ▪ Hullverson ▪ Bonagofsky l l p
Attorneys At Law