```
 1  SEAN P. NALTY (SBN 121253)
    JOHN T. BURNITE (SBN 162223)
 2  KELLY, HERLIHY & KLEIN LLP
    44 Montgomery Street, Suite 2500
 3  San Francisco, CA  94104
    Telephone:  (415) 951-0535
 4  Facsimile:   (415) 391-7808

 5  Attorneys for Defendant
    UNUM LIFE INSURANCE COMPANY
 6  OF AMERICA, UNUMPROVIDENT CORPORATION
    and MDL DENTAL, LTD, STD, LIFE, AD&D PLAN
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THERESA MONSEUR KELLY, | ) | CASE NO. C 05-02915-CW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION REQUESTING A STAY OF THIS MATTER; ORDER THEREON** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION, MDL INFORMATION SYSTEMS, INC., and MDL DENTAL, LTD, STD, LIFE, AD&D PLAN | ) | |
| Defendants. | ) | |

# INTRODUCTION

Plaintiff Theresa Monseur-Kelly ("plaintiff"), and defendants Unum Life Insurance Company of America ("Unum"), UnumProvident Corporation, and MDL Dental LTD, STD, Life and AD&D plan (collectively "defendants"), hereby submit to the Court a Stipulation and Order requesting that this matter be stayed. This request is based on the following facts:

This matter involves a claim for disability benefits ("the claim") made by plaintiff under an employee benefit plan provided to employees of MDL Information Systems, Inc. ("MDL"). The plan funds its disability insurance though a group disability insurance policy issued by Unum to MDL. The plan that is the subject of this matter, the policy, and the claim are governed by the Employee Retirement Income and Security Act of 1974 ("ERISA").

In her complaint filed in this matter, plaintiff alleges that her claim for benefits was wrongfully terminated by defendants. Pursuant to an agreement with various Departments of Insurance throughout the United States known as the Regulatory Settlement Agreement ("the Agreement"), Unum has established a procedure through which insureds can have a claim that has been denied reassessed by Unum ("reassessment process") to determine if benefits should be paid pursuant to the claim. Unum sent notification of the reassessment process to plaintiff. Plaintiff notified Unum that she wishes to have the claim reassessed under the reassessment process.

Pursuant to the terms of the Agreement, when an insured chooses to be part of the reassessment process, any litigation involving the claim may be stayed. Pursuant to plaintiff's request for reassessment of her denied claim, and pursuant to the terms of the Agreement, the parties hereby request that the Court stay this matter to allow time for Unum to complete the reassessment of plaintiff's claim for benefits. The reassessment process may obviate the need for litigation and therefore a stay will serve important interests of judicial economy.

# STIPULATION

Accordingly, plaintiff Theresa Monseur-Kelly, through her undersigned counsel and defendants Unum Life Insurance Company of America, UnumProvident Corporation, and MDL Dental LTD, STD, Life and AD&D plan, through their undersigned counsel, hereby stipulate that:

This matter may be stayed to allow Unum time to complete the reassessment of plaintiff's

1  Dental LTD, STD, Life and AD&D plan, through their undersigned counsel, hereby stipulate that:

2  This matter may be stayed to allow Unum time to complete the reassessment of plaintiff's
3  claim for disability benefits. This matter should be placed on the Court's calendar for a Case
4  Management Conference ("CMC") 120 days from today's date in order to determine the status of the
5  reassessment process and the status of the ongoing litigation. In addition, because additional
6  relevant information will likely be submitted or generated during the reassessment, the parties shall
7  serve their Rule 26(a)(1) disclosures and Rule 26(f) report after the reassessment is concluded.

8  All current case management dates can be vacated and new case management dates can be
9  established, if necessary, at the subsequent CMC.

10  IT IS SO STIPULATED.

11                                                              BRANHAM & DAY, P.C.
12  
13  Dated: November 15, 2005                  By _____
                                                                John Wood
14                                                              Lead Counsel for Plaintiff
    KELLY                                                       THERESA MONSEUR
15  
16  
17                                                              EMISON, HULLVERSON & BONAGOFSKY

18  Dated: November 15, 2005                  By _____/s/_____
19                                                              Theo J. Emison III
                                                                Local Counsel for
20  Plaintiff
    KELLY                                                       THERESA MONSEUR
21  
22  
23  
24                                                              KELLY, HERLIHY & KLEIN, LLP
25  
26  Date: November ___, 2005                  By _____
                                                                Sean P. Nalty
27                                                              Attorney for Defendants

-3-
STIPULATION REQUESTING A STAY OF THIS MATTER

CASE NO. C 05-02915 CW

claim for disability benefits. This matter should be placed on the Court's calendar for a Case Management Conference ("CMC") 120 days from today's date in order to determine the status of the reassessment process and the status of the ongoing litigation. In addition, because additional relevant information will likely be submitted or generated during the reassessment, the parties shall serve their Rule 26(a)(1) disclosures and Rule 26(f) report after the reassessment is concluded.

All current case management dates can be vacated and new case management dates can be established, if necessary, at the subsequent CMC.

IT IS SO STIPULATED.

BRANHAM & DAY, P.C.

Dated: November___, 2005                By_____
                                           John Wood
                                           Lead Counsel for Plaintiff
                                           THERESA MONSEUR KELLY

EMISON, HULLVERSON & BONAGOFSKY

Dated: November___, 2005                By_____
                                           Theo J. Emison III
                                           Local Counsel for Plaintiff
                                           THERESA MONSEUR KELLY

KELLY, HERLIHY & KLEIN, LLP

Date: November _15_, 2005               By__/s/ Sean P. Nalty_____
                                           Sean P. Nalty
                                           Attorney for Defendants
                                           UNUM LIFE INSURANCE COMPANY
                                           OF AMERICA, UNUMPROVIDENT
                                           CORPORATION and MDL DENTAL, LTD, STD,
                                           LIFE, AD&D PLAN

**ORDER**

The Court accepts the stipulations of the parties as set forth above. Based on these stipulations, the Court hereby stays this matter to allow for the completion of the reassessment by defendants of plaintiff's claim for disability benefits that is the subject of this matter. In addition, because additional relevant information will likely be submitted or generated during the reassessment, the parties shall serve their Rule 26(a)(1) disclosures and Rule 26(f) report after the reassessment is concluded. The Court will retain jurisdiction over this action pending the reassessment. All current case management dates are vacated. This matter is set for a new case management conference on  3/24/06 @ 1:30 PM  .    IT IS SO ORDERED.

_____
CLAUDIA WILKEN, JUDGE OF THE
UNITED STATES DISTRICT COURT

E:\25225\P05



IT IS SO ORDERED
Judge Claudia Wilken

-3-
STIPULATION REQUESTING A STAY OF THIS MATTER
CASE NO. C 05-02915 CW