| | |
|---|---|
| JOHN D. WOOD (*Admitted Pro Hac Vice*) | THEO J. EMISON (SBN 209183) |
| BRANHAM & DAY, P.C. | EMISON HULLVERSON BONAGOFSKY |
| 5300 Maryland Way, Suite 300 | 425 Pacific Avenue |
| Brentwood, TN 37027 | San Francisco, CA 94133 |
| Telephone: (615) 742-4880 | Telephone: (415) 434-2111 |
| Facsimile: (615) 742-4881 | Facsmile: (415) 434-2112 |
| jwood@branhamday.com | temison@ehblaw.com |
| Attorneys for Plaintiff | Attorneys for Plaintiff |
| THERESA MONSEUR KELLY | THERESA MONSEUR KELLY |

THOMAS M. HERLIHY (SBN 83615)
SEAN P. NALTY (SBN 121253)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4217
Telephone: (415) 951-0535
Facsimile: (415) 391-7808
nalty@kelher.com

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA, UNUMPROVIDENT CORPORATION,
and MDL DENTAL, LTD, STD, LIFE, AD&D PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| THERESA MONSEUR KELLY,<br><br>           Plaintiff,<br><br>      vs.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA, UNUMPROVIDENT,<br>CORPORATION, MDL INFORMATION<br>SYSTEMS, INC., and MDL DENTAL, LTD,<br>STD, LIFE, AD&D PLAN,<br><br>           Defendants. | Case No. C 05-02915-CW<br><br>**STIPULATION AS TO SUBSTITUTION OF PLAN NAME; ORDER THEREON** |

1
STIPULATION AS TO SUBSTITUTION OF PLAN NAME; [PROPOSED] ORDER THEREON

**STIPULATION**

The parties, through their counsel of record, stipulate that the pleadings, including the complaint and answer, should be amended to substitute the proper plan as "MDL Health Plan" in place of "MDL Dental, LTD, STD, LIFE, AD&D Plan" as a defendant in this action.

Dated:  October 2, 2006          BRANHAM & DAY, P.C.

By    /s/ John D. Wood
       John D. Wood (Admitted Pro Hac Vice)
       Attorneys for Plaintiff
       THERESA MONSEUR KELLY

Dated:  October 2, 2006          EMISON, HULLVERSON, BONAGOFSKY

By    /s/ Theo J. Emison
       Theo J. Emison
       Attorneys for Plaintiff
       THERESA MONSEUR KELLY

Dated:  October 2, 2006          KELLY, HERLIHY & KLEIN, LLP

By    /s/ Sean P. Nalty
       Sean P. Nalty
       Attorneys for Defendants
       UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUM PROVIDENT CORPORATION, and MDL DENTAL, LTD, STD, LIFE, AD&D PLAN

**ORDER**

The Court accepts the stipulation of the parties.  It is therefore ORDERED that the pleadings, including the complaint and answer, are amended to substitute "MDL Health Plan" in place of "MDL Dental, LTD, STD, LIFE, AD&D Plan" as a defendant in this action.

IT IS SO ORDERED.

10/3/06

CLAUDIA WILKEN, JUDGE OF THE
UNITED STATES DISTRICT COURT

STIPULATION AS TO SUBSTITUTION OF PLAN NAME; [PROPOSED] ORDER THEREON