| | |
|---|---|
| JOHN D. WOOD (*Admitted Pro Hac Vice*) | THEO J. EMISON (SBN 209183) |
| BRANHAM & DAY, P.C. | EMISON HULLVERSON BONAGOFSKY |
| 5300 Maryland Way, Suite 300 | 425 Pacific Avenue |
| Brentwood, TN  37027 | San Francisco, CA  94133 |
| Telephone:  (615) 742-4880 | Telephone:  (415) 434-2111 |
| Facsimile:  (615) 742-4881 | Facsmile:  (415) 434-2112 |
| jwood@branhamday.com | temison@ehblaw.com |
| Attorneys for Plaintiff | Attorneys for Plaintiff |
| THERESA MONSEUR KELLY | THERESA MONSEUR KELLY |

THOMAS M. HERLIHY (SBN 83615)
SEAN P. NALTY (SBN 121253)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA  94104-4217
Telephone:  (415) 951-0535
Facsimile:  (415) 391-7808
nalty@kelher.com

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA, UNUMPROVIDENT CORPORATION,
and MDL HEALTH PLAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| THERESA MONSEUR KELLY,<br><br>              Plaintiff,<br><br>       vs.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA, UNUMPROVIDENT,<br>CORPORATION, MDL INFORMATION<br>SYSTEMS, INC., and MDL HEALTH PLAN,<br><br>              Defendants. | Case No. C 05-02915-CW<br><br>**STIPULATION TO CONTINUE THE 12/8/06 CMC TO 3/30/2006 AND ORDER THEREON** |

## STIPULATION

The parties, through their counsel of record, stipulate to continue the currently scheduled 1:30 p.m., December 8, 2006 Case Management Conference to 1:30 p.m., March 30, 2006.

Dated:  December 6, 2006                         BRANHAM & DAY, P.C.

                                                 By     /s/ John D. Wood
                                                       John D. Wood (Admitted Pro Hac Vice)
                                                       Attorneys for Plaintiff
                                                       THERESA MONSEUR KELLY


Dated:  December 6, 2006                         EMISON, HULLVERSON, BONAGOFSKY

                                                 By     /s/ Theo J. Emison
                                                       Theo J. Emison
                                                       Attorneys for Plaintiff
                                                       THERESA MONSEUR KELLY


Dated:  December 6, 2006                         KELLY, HERLIHY & KLEIN, LLP

                                                 By     /s/ Sean P. Nalty
                                                       Sean P. Nalty
                                                       Attorneys for Defendants
                                                       UNUM LIFE INSURANCE COMPANY OF
                                                       AMERICA, UNUM PROVIDENT CORPORATION,
                                                       and MDL HEALTH PLAN


## ORDER

The Court accepts the stipulation of the parties.  It is therefore ORDERED that the December 8, 2006 Case Management Conference is continued to 1:30 p.m., March 30, 2006.

IT IS SO ORDERED.

12/7/06

                                                 _____
                                                 CLAUDIA WILKEN, JUDGE OF THE
                                                 UNITED STATES DISTRICT COURT