| | |
|---|---|
| JOHN D. WOOD (*Admitted Pro Hac Vice*) | THEO J. EMISON (SBN 209183) |
| BRANHAM & DAY, P.C. | EMISON HULLVERSON BONAGOFSKY |
| 5300 Maryland Way, Suite 300 | 425 Pacific Avenue |
| Brentwood, TN 37027 | San Francisco, CA 94133 |
| Telephone: (615) 742-4880 | Telephone: (415) 434-2111 |
| Facsimile: (615) 742-4881 | Facsmile: (415) 434-2112 |
| jwood@branhamday.com | temison@ehblaw.com |
| Attorneys for Plaintiff | Attorneys for Plaintiff |
| THERESA MONSEUR KELLY | THERESA MONSEUR KELLY |

THOMAS M. HERLIHY (SBN 83615)
SEAN P. NALTY (SBN 121253)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4217
Telephone: (415) 951-0535
Facsimile: (415) 391-7808
nalty@kelher.com

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA, UNUMPROVIDENT CORPORATION,
and MDL HEALTH PLAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| THERESA MONSEUR KELLY, | Case No. C 05-02915-CW |
| Plaintiff, | |
| vs. | **AMENDED STIPULATION TO CONTINUE THE 12/8/06 CMC TO 3/30/2007 AND ORDER THEREON** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT, CORPORATION, MDL INFORMATION SYSTEMS, INC., and MDL HEALTH PLAN, | |
| Defendants. | |

**STIPULATION**

The parties, through their counsel of record, stipulate to continue the currently scheduled 1:30 p.m., December 8, 2006 Case Management Conference to 1:30 p.m., March 30, 2006.

Dated:  December 6, 2006                    BRANHAM & DAY, P.C.

                                            By     /s/ John D. Wood
                                                John D. Wood (Admitted Pro Hac Vice)
                                                Attorneys for Plaintiff
                                                THERESA MONSEUR KELLY


Dated:  December 6, 2006                    EMISON, HULLVERSON, BONAGOFSKY

                                            By     /s/ Theo J. Emison
                                                Theo J. Emison
                                                Attorneys for Plaintiff
                                                THERESA MONSEUR KELLY


Dated:  December 6, 2006                    KELLY, HERLIHY & KLEIN, LLP

                                            By     /s/ Sean P. Nalty
                                                Sean P. Nalty
                                                Attorneys for Defendants
                                                UNUM LIFE INSURANCE COMPANY OF
                                                AMERICA, UNUM PROVIDENT CORPORATION,
                                                and MDL HEALTH PLAN


**ORDER**

The Court accepts the stipulation of the parties.  It is therefore ORDERED that the December 8, 2006 Case Management Conference is continued to 1:30 p.m., **March 30, 2007**

IT IS SO ORDERED.

12/7/06

CLAUDIA WILKEN, JUDGE OF THE
UNITED STATES DISTRICT COURT