| | |
|---|---|
| JOHN WOOD (*Admitted Pro Hac Vice*) <br> BRANHAM & DAY, P.C. <br> 5300 Maryland Way, Suite 300 <br> Brentwood, TN 37027 <br> Telephone: (615) 742-4880 <br> Facsimile: (615) 742-4881 <br> jwood@branhamday.com <br><br> Attorneys for Plaintiff <br> THERESA MONSEUR KELLY | THEO J. EMISON (SBN 209183) <br> EMISON ▪ HULLVERSON ▪ BONAGOFSKY <br> 425 Pacific Avenue <br> San Francisco, California 94133 <br> Telephone: (415) 434-2111 <br> Facsimile: (415) 434-2112 <br> temison@ehblaw.com <br><br> Attorneys for Plaintiff <br> THERESA MONSEUR KELLY |

THOMAS M. HERLIHY (SBN 83615)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, California 94104-4217
Telephone: (415) 951-0535
Facsimile: (415) 391-7808
nalty@kelher.com

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA and UNUMPROVIDENT
CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THERESA MONSEUR KELLY, <br><br> Plaintiff, <br><br> vs. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION, MDL INFORMATION SYSTEMS, INC., and MDL HEALTH PLAN <br><br> Defendants. | Case No. C 05-02915-CW <br><br> **STIPULATION TO CONTINUE THE 3/30/07 CMC TO 7/31/07 AND ~~[PROPOSED]~~ ORDER THEREON** |

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE          CASE NO. C 05-02915-CW

|   |   |
|---|---|
| 1 | **STIPULATION** |

2    The parties, through their counsel of record, stipulate to continue the currently scheduled 1:30 p.m., March 30, 2007 Case Management Conference to 2:00 p.m., July 31, 2007.

4    The parties stipulate for the following reasons: this action is currently stayed pursuant to the Court's previous order to allow for the reassessment of the plaintiff's claim. The plaintiff is in the process of gathering materials to submit with regard to the reassessment. Therefore, in light of the reassessment process, the parties request that the Court continue the Case Management Conference to July 31, 2007 at 2:00 p.m.

9    Accordingly, the parties stipulate to this continuance.

BRANHAM & DAY, P.C.

Dated: March 22, 2007         By       /s/
                                        John Wood (*Admitted Pro Hac Vice*)
                                        Attorneys for Plaintiff
                                        THERESA MONSEUR KELLY


EMISON, HULLVERSON, BONAGOFSKY


Dated: March 22, 2007         By       /s/
                                        Theo J. Emison
                                        Attorneys for Plaintiff
                                        THERESA MONSEUR KELLY


KELLY, HERLIHY & KLEIN LLP


Dated: March 22, 2007         By       /s/
                                        Thomas M. Herlihy
                                        Attorneys for Defendants
                                        UNUM LIFE INSURANCE
                                        COMPANY OF AMERICA and
                                        UNUMPROVIDENT CORPORATION

~~[PROPOSED]~~ ORDER

The Court accepts the stipulation of the parties. It is therefore ORDERED that the March 30, 2007 Case Management Conference is continued to 2:00 p.m., July 31, 2007.

IT IS SO ORDERED

Date: 3/23 , 2007

_____
CLAUDIA WILKEN, JUDGE OF THE
UNITED STATES DISTRICT COURT

E:\25225\P06.wpd