| | |
|---|---|
| JOHN D. WOOD (*Admitted Pro Hac Vice*) | THEO J. EMISON (SBN 209183) |
| DAY & BLAIR, P.C. | EMISON HULLVERSON BONAGOFSKY |
| 5300 Maryland Way, Suite 300 | 425 Pacific Avenue |
| Brentwood, TN  37027 | San Francisco, CA  94133 |
| Telephone:  (615) 742-4880 | Telephone:  (415) 434-2111 |
| Facsimile:  (615) 742-4881 | Facsmile:  (415) 434-2112 |
| jwood@dayblair.com | temison@ehblaw.com |
| Attorneys for Plaintiff | Attorneys for Plaintiff |
| THERESA MONSEUR KELLY | THERESA MONSEUR KELLY |

THOMAS M. HERLIHY (SBN 83615)
SEAN P. NALTY (SBN 121253)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA  94104-4217
Telephone:  (415) 951-0535
Facsimile:  (415) 391-7808
nalty@kelher.com

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA and UNUMPROVIDENT CORPORATION,

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| THERESA MONSEUR KELLY,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT, CORPORATION, MDL INFORMATION SYSTEMS, INC., and MDL HEALTH PLAN,<br><br>          Defendants. | Case No. C 05-02915-CW<br><br>**STIPULATION TO CONTINUE THE 7/31/07 CMC TO 10/9/07 AND ORDER THEREON** |

---

1

STIPULATION TO CONTINUE THE 7/31/07 CMC TO 10/9/07 AND [PROPOSED] ORDER THEREON

## STIPULATION

The parties, through their counsel of record, stipulate to continue the currently scheduled 2:00 p.m., July 31, 2007 Case Management Conference to 2:00 p.m., October 9, 2007.

The parties stipulate for the following reasons: this action is currently stayed pursuant to the Court's previous order to allow for the reassessment of the plaintiff's claim. The plaintiff has submitted materials in support of her claim. Therefore, in light of the reassessment process, the parties request that the Court continue the Case Management Conference to October 9, 2007 at 2:00 p.m.

Dated: July 23, 2007

DAY & BLAIR, P.C.

By   /s/ John D. Wood
John D. Wood (Admitted Pro Hac Vice)
Attorneys for Plaintiff
THERESA MONSEUR KELLY

Dated: July 23, 2007

EMISON, HULLVERSON, BONAGOFSKY

By   /s/ Theo J. Emison
Theo J. Emison
Attorneys for Plaintiff
THERESA MONSEUR KELLY

Dated: July 23, 2007

KELLY, HERLIHY & KLEIN, LLP

By   /s/ Thomas M. Herlihy
Thomas M. Herlihy
Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF
AMERICA and UNUM PROVIDENT CORPORATION

## ORDER

The Court accepts the stipulation of the parties. It is therefore ORDERED that the July 31, 2007 Case Management Conference is continued to 2:00 p.m., October 9, 2007.

IT IS SO ORDERED.

7/24/07

_____
CLAUDIA WILKEN, JUDGE OF THE
UNITED STATES DISTRICT COURT

2

STIPULATION TO CONTINUE THE 7/31/07 CMC TO 10/9/07 AND [PROPOSED] ORDER THEREON