JOHN D. WOOD (*Admitted Pro Hac Vice*)
THE WOOD LAW FIRM, PLLC
800 Fifth Avenue
Bank of America Plaza - Suite 4100
Seattle, WA 98104
Phone: (206) 447-1342
john@johnwoodfirm.com

Attorneys for Plaintiff
THERESA MONSEUR KELLY

THEO J. EMISON (SBN 209183)
EMISON HULLVERSON BONAGOFSKY
425 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 434-2111
Facsimile: (415) 434-2112
temison@ehblaw.com

Attorneys for Plaintiff
THERESA MONSEUR KELLY

THOMAS M. HERLIHY (SBN 83615)
SEAN P. NALTY (SBN 121253)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4217
Telephone: (415) 951-0535
Facsimile: (415) 391-7808
nalty@kelher.com and herlihy@kelher.com

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA and UNUMPROVIDENT CORPORATION,

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THERESA MONSEUR KELLY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT, CORPORATION, MDL INFORMATION SYSTEMS, INC., and MDL HEALTH PLAN,<br><br>　　　　Defendants. | Case No. C 05-02915-CW<br><br>**STIPULATION TO CONTINUE THE 10/9/07 CMC TO 11/20/07 AND ORDER THEREON AS MODIFIED** |

## **STIPULATION**

The parties, through their counsel of record, stipulate to continue the currently scheduled 2:00 p.m., October 9, 2007 Case Management Conference to 2:00 p.m., November 20, 2007.

The parties stipulate for the following reasons: this action is currently stayed pursuant to

the Court's previous order to allow for the reassessment of the plaintiff's claim.  The plaintiff has submitted materials in support of her claim.  The reassessment is currently pending.  Accordingly, the parties request that the Court continue the Case Management Conference to November 20, 2007, at 2:00 p.m.

Dated:  September 24, 2007

DAY & BLAIR, P.C.

By   /s/ John D. Wood
John D. Wood (Admitted Pro Hac Vice)
Attorneys for Plaintiff
THERESA MONSEUR KELLY

Dated:  September 24, 2007

EMISON, HULLVERSON, BONAGOFSKY

By   /s/ Theo J. Emison
Theo J. Emison
Attorneys for Plaintiff
THERESA MONSEUR KELLY

Dated:  September 24, 2007

KELLY, HERLIHY & KLEIN, LLP

By   /s/ Thomas M. Herlihy
Thomas M. Herlihy
Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA and UNUM PROVIDENT CORPORATION

### ORDER

The Court accepts the stipulation of the parties.  It is therefore ORDERED that the 2:00 p.m. October 9, 2007 Case Management Conference is continued to 2:00 p.m., November 20, 2007. **Any further requests for continuances must be supported by good cause for the delay in the reassessment.**

IT IS SO ORDERED.

9/27/07

CLAUDIA WILKEN, JUDGE OF THE
UNITED STATES DISTRICT COURT