JOHN D. WOOD (*Admitted Pro Hac Vice*)
THE WOOD LAW FIRM, PLLC
800 Fifth Avenue
Bank of America Plaza - Suite 4100
Seattle, WA 98104
Phone: (206) 447-1342
john@johnwoodfirm.com

Attorneys for Plaintiff
THERESA MONSEUR KELLY

THEO J. EMISON (SBN 209183)
EMISON HULLVERSON BONAGOFSKY
425 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 434-2111
Facsimile: (415) 434-2112
temison@ehblaw.com

Attorneys for Plaintiff
THERESA MONSEUR KELLY

THOMAS M. HERLIHY (SBN 83615)
SEAN P. NALTY (SBN 121253)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4217
Telephone: (415) 951-0535
Facsimile: (415) 391-7808
nalty@kelher.com and herlihy@kelher.com

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA and UNUMPROVIDENT CORPORATION,

**FILED**
NOV 2 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| THERESA MONSEUR KELLY,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT, CORPORATION, MDL INFORMATION SYSTEMS, INC., and MDL HEALTH PLAN,<br><br>    Defendants. | Case No. C 05-02915-CW<br><br>**NOTICE OF CONCLUSION OF REASSESSMENT PROCESS**<br><br>&<br><br>**STIPULATION TO CONTINUE THE 11/20/07 CMC TO 1/22/08 AND [PROPOSED] ORDER THEREON** |

### NOTICE AND STIPULATION

The parties stipulate as follows: This action has been stayed pursuant to the Court's order in order to allow for the defendant to reassess the plaintiff's disability claim. The

1

reassessment process has now concluded, and the defendant has ruled in the plaintiff's favor, reversing its previous decision to terminate disability benefits to the plaintiff. As a result, the defendant has paid past-due benefits to the plaintiff and reinstated her disability claim. Accordingly, the Court will not need to address the core issue as to whether the defendants wrongly terminated the plaintiff's disability benefits.

The parties now wish to address and attempt to resolve any remaining, ancillary issues, including the plaintiff's request for attorney's fees. The parties are hopeful that they will be able to resolve all such issues and submit a Stipulation and Proposed Order of Dismissal within the next 60 days. The parties therefore request the continuation of the Case Management Conference until January 22, 2008 so that they can work to resolve all issues.

Dated: November 15, 2007

THE WOOD LAW FIRM, PLLC

By    /s/ John D. Wood
    John D. Wood (Admitted Pro Hac Vice)
    Attorneys for Plaintiff
    THERESA MONSEUR KELLY

Dated: November 15, 2007

EMISON, HULLVERSON, BONAGOFSKY

By    /s/ Theo J. Emison
    Theo J. Emison
    Attorneys for Plaintiff
    THERESA MONSEUR KELLY

Dated: November 15, 2007

KELLY, HERLIHY & KLEIN, LLP

By    /s/ Thomas M. Herlihy
    Thomas M. Herlihy
    Attorneys for Defendants
    UNUM LIFE INSURANCE COMPANY OF AMERICA and UNUM PROVIDENT CORPORATION

## [~~PROPOSED~~] ORDER

The Court accepts the stipulation of the parties. It is therefore ORDERED that the 2:00 p.m. November 20, 2007 Case Management Conference is continued to 2:00 p.m., January 22,

1  2008.

2  IT IS SO ORDERED.

NOV 20 2007

CLAUDIA WILKEN, JUDGE OF THE
UNITED STATES DISTRICT COURT