JOHN D. WOOD (*Admitted Pro Hac Vice*)
THE WOOD LAW FIRM, PLLC
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Phone: (206) 447-1342
Facsimile: (206) 470-1150
john@woodfirm.com

Attorney for Plaintiff
THERESA MONSEUR KELLY

THEO J. EMISON (SBN 209183)
EMISON HULLVERSON BONAGOFSKY
425 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 434-2111
Facsimile: (415) 434-2112
temison@ehblaw.com

Attorneys for Plaintiff
THERESA MONSEUR KELLY

THOMAS M. HERLIHY (SBN 83615)
SEAN P. NALTY (SBN 121253)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4217
Telephone: (415) 951-0535
Facsimile: (415) 391-7808
nalty@kelher.com and herlihy@kelher.com

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA, UNUMPROVIDENT CORPORATION,
AND MDL HEALTH PLAN,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| THERESA MONSEUR KELLY,<br><br>       Plaintiff,<br>  vs.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA, UNUMPROVIDENT,<br>CORPORATION, and MDL HEALTH PLAN,<br><br>       Defendants. | Case No. C 05-02915-CW<br><br>**STIPULATION AND ORDER TO CONTINUE CMC SET FOR JANUARY 29, 2008** |

## **STIPULATION AND ORDER TO CONTINUE CMC**

The parties stipulate as follows:

This action has been stayed pursuant to the Court's order to allow for the

defendant to reassess the plaintiff's disability claim. The claim reassessment process has concluded, and the defendant has found in the plaintiff's favor, reversing its previous decision to terminate disability benefits to the plaintiff. As a result, the defendant has paid past-due disability benefits to the plaintiff and reinstated her ongoing disability claim. Accordingly, the Court will not need to address the core issue as to whether the defendants wrongly terminated the plaintiff's disability benefits.

The parties are working to resolve any remaining issues in this action, including the plaintiff's request for attorney's fees and expenses. The parties are attempting to draft stipulations and a proposed order to conclude this action. The parties are hopeful that an agreement can be reached that avoids judicial intervention. In that regard, the parties request that the Case Management Conference, now set for January 22, 2008, be continued for one week, to **January 29, 2008, at 2:00 p.m.**

Dated: January 14, 2007          THE WOOD LAW FIRM, PLLC


                                 By     /s/ John D. Wood
                                     John D. Wood (Admitted Pro Hac Vice)
                                         Attorney for Plaintiff
                                       THERESA MONSEUR KELLY


Dated: January 14, 2007          EMISON, HULLVERSON, BONAGOFSKY


                                 By     /s/ Theo J. Emison
                                           Theo J. Emison
                                         Attorneys for Plaintiff
                                       THERESA MONSEUR KELLY


Dated: January 14, 2007          KELLY, HERLIHY & KLEIN, LLP

By   /s/ Thomas M. Herlihy with permission
Thomas M. Herlihy
Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF
AMERICA, UNUM PROVIDENT
CORPORATION, and MDL HEALTH PLAN

**ORDER**

The Court accepts the stipulation of the parties. It is therefore ORDERED that the 2:00 p.m. January 22, 2008 Case Management Conference is continued to 2:00 p.m., January 29, 2008.

IT IS SO ORDERED.

1/15/08

_____
CLAUDIA WILKEN, JUDGE OF THE
UNITED STATES DISTRICT COURT